UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UMG RECORDINGS, INC., BMG MUSIC, and
SONY BMG MUSIC ENTERTAINMENT,

      Plaintiffs,

  v.

MATTIE ADAMS,

      Defendant.

Case No. 08-cv-534-JPG

## **DEFAULT JUDGMENT**

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiffs UMG Recordings, Inc., BMG Music and Sony BMG Music Entertainment and against defendant Mattie Adams in the amount of six thousand dollars ($6,000.00) plus costs in the amount of four hundred twenty dollars ($420.00);

IT IS FURTHER ORDERED AND ADJUDGED that defendant Mattie Adams shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings: (1) "You" on album "Moodring," by artist "Mya" (SR# 338-694); (2) "Patiently Waiting" on album "Get Rich Or Die Tryin'," by artist "50 Cent" (SR# 337-801); (3) "6 Minutes" on album "I'm A Hustla," by artist "Cassidy" (SR# 377-767); (4) "Goodbye" on album "Jagged Little Thrill," by artist "Jagged Edge" (SR# 302-328); (5) "U Make Me Wanna" on album "Kiss of Death," by artist "Jadakiss" (SR# 356-267); (6) "I Need Love" on album "Bigger And Deffer," by artist "LL Cool J" (SR# 83-510); (7) "Nothing In This World" on album "Soul Sista," by artist "Keke Wyatt" (SR# 303-159); and (8) "Hypothetically" on album "Lyfe 268-192," by artist "Lyfe Jennings" (SR# 363-168); and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded

onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**NORBERT JAWORSKI, CLERK**

**Date: October 3, 2008**                         s/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**